**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00171-CR

**LUIS TERRAZA DURAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82853-2011**

## ORDER

The Court **GRANTS** appellant's August 24, 2015 motion to extend time to file his reply

brief. We **ORDER** appellant's reply brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE